# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1619
_____

Justin Neill

*Plaintiff - Appellant*

v.

Dr. Roberto Saez; Nurse Shawna Stephens; Nurse Jessie Prince; Nurse Fran Infante

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: October 5, 2020
Filed: October 8, 2020
[Unpublished]
_____

Before GRUENDER, WOLLMAN, and GRASZ, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, inmate Justin Neill challenges the district court's[1] adverse grant of summary judgment. Viewing the summary judgment record

---

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

in a light most favorable to Neill, and drawing all reasonable inferences in his favor, see Brewington v. Keener, 902 F.3d 796, 800 (8th Cir. 2018) (de novo review), we agree that summary judgment was appropriate.  The judgment is affirmed.  See 8th Cir. R. 47B.

_____